# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE:  **EDWARD M. MAHLOWITZ** | ) ) ) ) ) ) ) ) ) | MISC. BUSINESS DOCKET<br>No.: 21-mc-91490-FDS |

## ORDER OF TERM SUSPENSION/PARTIALLY STAYED

WHEREAS, on June 23, 2021, the Supreme Judicial Court for the Commonwealth of Massachusetts has cause to file with this Court a certified copy of an Order of Term Suspension / Partially Stayed with respect to **EDWARD M. MAHLOWITZ**.

1. WHEREAS, pursuant to Local Rule 83.6.9, on July 29, 2021, "Notice of Filing of Disciplinary Action" and "Order to Show Cause" were filed in this Court and copies sent (along with a copy of the Local Rule) via certified mail to address on file with this Court to **EDWARD M. MAHLOWITZ**.

2. WHEREAS, on September 7, 2021, the Certified mail package was returned to the Court and marked "Return to Sender – Refused – Unable to Forward."

3. WHEREAS, pursuant to Local Rule 83.5.6(a), notice mailed to an attorney's last address of record constitutes due notice.

WHEREAS, WHEREFORE, pursuant to Local Rules 83.6.9(c), this Court hereby imposes the identical discipline, and **EDWARD M. MAHLOWITZ** is hereby Suspended from this court until further notice.

Dated: September 10, 2021

/s/ F. Dennis Saylor  
F. Dennis Saylor IV  
Chief Judge, United States District Court