COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

SUPREME JUDICIAL COURT
FOR SUFFOLK COUNTY
NO: BD-2021-009

IN RE: Edward M. Mahlowitz

JUDGMENT OF REINSTATEMENT

This matter came before the Court on an affidavit of compliance requesting reinstatement to the practice of law in the Commonwealth of Massachusetts pursuant to S.J.C. Rule 4:01, § 18 (1) from this Court's June 22, 2021 Order of Term Suspension/Partially Stayed, with certain conditions.

On October 22, 2021, assistant bar counsel filed her assent to the reinstatement after confirming with Law Office Management Assistance Program ("LOMAP") that the lawyer had consulted with LOMAP and that no written report was issued. Assistant Bar Counsel also states in her assent that the lawyer had represented to the Office of Bar Counsel his intent to retire from the practice of law and that he has no intention to resume practice.

Whereupon, it is ORDERED and ADJUDGED that Edward M. Mahlowitz be, and hereby is reinstated as a member of the bar of the Commonwealth.

It is FURTHER ORDERED that the conditions set forth in the June

22, 2021 Order shall remain in effect for the remainder of the probationary period, until such time as the lawyer's status at the Board of Bar Overseers is changed to retired.

In the event, should the lawyer resume the practice of law, he will notify the Office of Bar Counsel forthwith in order for the Office of Bar Counsel to perform the audit functions as required by the June 22, 2021 Order.

By the Court, (Georges, Jr., J.)

/s/ Maura S. Doyle

Maura S. Doyle, Clerk

Entered: October 27, 2021

A True Copy
Attest
10/28/2021  /s/ Stephen Cronin
Date          Assistant Clerk

